# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2581

_____

United States of America

*Plaintiff - Appellee*

v.

Dominic A. Turner

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 2, 2018
Filed: February 12, 2018
[Unpublished]

_____

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Dominic A. Turner directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to being a felon in possession of a firearm.

---

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Upon careful review, this court concludes that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions); *United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable). In addition, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal.

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____